JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANTHONY ARMENDARIZ, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF SAN BERNARDINO, municipal entity; DOE SAN BERNARDINO DEPUTY; and DOES 1-10, inclusive,<br><br>　　　　　Defendant. | Case No. 5:22-cv-02124-RGK-MRW<br><br>[PROPOSED] JUDGMENT AFTER TRIAL BY JURY AND ORDER<br><br>Trial Date:　　October 24, 2023 |

## JUDGMENT AFTER TRIAL BY JURY

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This action came on regularly for trial on October 24, 2023 in Courtroom "850" of the United States District Court, before the Honorable R. Gary Klausner, United States District Court Judge. Plaintiff ANTHONY ARMENDARIZ ("Plaintiff") was represented by Christian Contreras, Esq. of Law Offices of Christian Contreras and Denisse O. Gastelum of Gastelum Law APC. The Defendant Lance Williams ("Defendant") was represented by Christopher P. Wesierski and Michelle R. Prescott of Wesierski & Zurek LLP.

A jury of eight (8) persons were regularly empaneled and sworn.

Witnesses were sworn and testified and documentary evidence was introduced and admitted into evidence. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict on the issues, if after proper deliberations, they could do so. The jury deliberated and thereafter returned to the court with their unanimous verdict.

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

That judgment be, and hereby is, entered in favor of the Defendant Lance Williams ("Defendant") and against the Plaintiff Anthony Armendariz;

That the Plaintiff shall take nothing;

Defendant shall recover costs as the prevailing party pursuant to FRCP 54.

Dated: **November 13**, 2023

_____
Honorable R. Gary Klausner
United States District Judge